**PROMETHEUS DEVELOPMENT COMPANY, INC.; et al., Plaintiffs–Appellants,**

v.

**EVEREST PROPERTIES; et al., Defendants–Appellees.**

No. 06–16426.

United States Court of Appeals, Ninth Circuit.

May 23, 2008.

David T. Dibiase, Esq., Rogers & Wells, Richard P. Tricker, Esq., Anderson McPharlin & Conners, LLP, Los Angeles, CA, for Plaintiffs–Appellants.

Bruce Adelstein, Esq., Law Offices of Bruce Adelstein, Dennis A. Kendig, Esq., Daniel L. Germain, Esq., Kendig Law Firm, Encino, CA, for Defendants–Appellees.

No Appearance Bruce Adelstein, Esq.

Before: THOMPSON and M. SMITH, Circuit Judges, and HAYES,* District Judge.

### ORDER

The Plaintiffs–Appellants' Conditional Petition for Panel Rehearing is GRANTED. The memorandum disposition filed April 8, 2008, dismissing the case, is withdrawn. Submission of this case is deferred pending disposition in *Perretta v.*

---

* The Honorable William Q. Hayes, United States District Judge for the Southern District of California, sitting by designation.

*Prometheus Development Co.,* No. 06–15526.